IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

AVE PADILLA,

       Plaintiff,

       v.                        Civ. No. 1:25-cv-00203-MLG-SCY

THE LEUKEMIA AND
LYMPHOMA SOCIETY,

       Defendant.

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW Plaintiff Ave Padilla, by and through their undersigned counsel, and Defendant The Leukemia & Lymphoma Society, Inc, by and through their undersigned counsel, and, being all of the parties to this action, jointly stipulate and agree pursuant to Rule 41(a) of the Federal Rules of Civil Procedure that this action, and each and every count and claim asserted therein, be dismissed with prejudice, each party to bear their own costs, expenses and fees.

Respectfully submitted this 3rd day of June, 2026,

CANDELARIA LAW, LLC              SEYFARTH SHAW, LLP

_/s/ Jacob R. Candelaria_           _/s/ Linda Schoonmaker_

Jacob  R. Candelaria               Linda Schoonmaker

*Attorney for Plaintiff*              *Attorney for Defendant*