**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

AVE PADILLA,

     Plaintiff,

v.                                      No. 1:25-cv-00203-MLG-SCY

THE LEUKEMIA AND LYMPHOMA
SOCIETY,

     Defendant.

**NOTICE MEMORIALIZING THE PARTIES' JOINT**
**STIPULATION OF DISMISSAL WITH PREJUDICE**

This matter is before the Court on the parties' Joint Stipulation of Dismissal With Prejudice. *See* Doc. 34. A stipulation of dismissal signed by all parties who have appeared—as is the case here—is self-executing under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See De Leon v. Marcos*, 659 F.3d 1276, 1283 (10th Cir. 2011) (explaining that "[a] stipulation of dismissal filed under Rule 41(a)(1)(A)(i) or (ii) is self-executing and immediately strips the district court of jurisdiction over the merits"). But in the interest of clarity, the Court enters this notice memorializing that all of Plaintiff Ave Padilla's claims against The Leukemia and Lymphoma Society have been dismissed with prejudice. *See* Doc. 34. Each party shall bear their own costs, expenses, and fees. A final judgment will be entered separately pursuant to Federal Rule of Civil Procedure 58(a).

It is so ordered.

_____
UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA

1