**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

AVE PADILLA,

     Plaintiff,

v.                                                                             No. 1:25-cv-00203-MLG-SCY

THE LEUKEMIA AND LYMPHOMA
SOCIETY,

     Defendant.

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Notice Memorializing the Parties' Joint Stipulation of Dismissal With Prejudice filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case. It is ordered that this civil action is dismissed with prejudice.

It is so ordered.

_____
UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA

1